TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00188-CR

Clayton Emilienburg, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT OF CALDWELL COUNTY

NO. 25630, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

Appellant Clayton Emilienburg perfected an appeal from his conviction for assault. 
He represents himself on appeal. A reporter's record was not requested and, after appellant was
given notice and an opportunity to cure, the appeal was submitted for decision without a reporter's
record. See Tex. R. App. P. 37.3(c)(1). Appellant did not file a brief or respond to this Court's
notices. See Tex. R. App. P. 38.8(b)(4). We have examined the record before us and find no
fundamental error that should be considered in the interest of justice.

The judgment of conviction is affirmed.

 

 Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Affirmed

Filed: March 30, 2000

Do Not Publish